# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS O'HARA, | Civil No. 3:17-cv-916 |
| Plaintiff | (Judge Mariani) |
| v. | |
| OFFICER NEIL MOSHER,<br>OFFICER MARK BERKOSKI, | |
| Defendants | |

## ORDER

**AND NOW**, this 13th day of November, 2017, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion (Doc. 18) for default judgment is **DENIED**.

2. Defendants' motion (Doc. 13) to dismiss is **GRANTED**.

3. The Clerk of Court is directed to **CLOSE** this action.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge